JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO SERNA NAVA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LARSON-JUHL INC., a Wisconsin corporation and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-cv-08088-AB-MAA<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned for All Purposes To:<br><br>Judge: Andre Birotte Jr.<br>Ctrm: 7B |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1  The Court having considered Plaintiff Federic Serna Nava's and Defendant
2  Larson-Juhl Inc.'s Joint Stipulation for Dismissal with Prejudice of all Claims brought
3  by Plaintiff, hereby ORDERS the case DISMISSED WITH PREJUDICE.
4  All hearings on calendar, if any, are hereby vacated.
5  IT IS SO ORDERED.

7  DATED: June 15, 2020

_____
Honorable Andre Birotte Jr.
Judge of the United States District Court

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE